IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIERRA PERKINS,<br><br>        Plaintiff.<br><br>v.<br><br>CARL BUDDIG & COMPANY,<br><br>        Defendant. | Case No. 1:23-cv- 02895<br><br>Hon. Thomas M. Durkin |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Tierra Perkins ("Plaintiff"), and Defendant, Carl Buddig & Company, ("Defendant"), through their respective counsel, submit the following joint initial status report:

**I.**    **Nature of the Case**

    **A.**    **Attorneys of Record**.

| | |
|---|---|
| Alexander Taylor, Esq.<br>Sulaiman Law Group LTD.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone (630) 575-8181<br>ataylor@sulaimanlaw.com<br><br>*Attorney for Plaintiff* | Jason C. Kim<br>Alexis M. Dominguez<br>Kathleen Okon<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street Suite 1700<br>Chicago, IL 60602-3801<br>(312) 269-8000<br>jkim@nge.com<br>adominguez@nge.com<br>kokon@nge.com<br><br>*Attorneys for Defendant* |

    **B.**    **Basis for Federal Jurisdiction**.

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331. This action is authorized and instituted pursuant to 42 U.S.C. § 12101 *et seq.*

8693144v1

    C.    **Nature of the Claims**.

Plaintiff's initial Complaint (Dkt. 1) asserted seven (7) separate claims arising under: (1) the Americans with Disabilities Act of 1990 (the "ADA") based on Defendant's alleged hostile work environment under the ADA, (2) the Pregnancy Discrimination Act of 1978 (the "PDA") based on Defendant's alleged termination of Plaintiff's employment because of their pregnancy status and in retaliation for them attempting to assert their rights under the PDA when Plaintiff purportedly reported harassment and discrimination on the basis of their disability and pregnancy, and (3) Title VII of the Civil Rights Act of 1964 ("Title VII") for Defendant's alleged sex-based discrimination against Plaintiff and retaliation against Plaintiff in violation of Title VII based on Defendant's purported failure to correct unlawful employment practices.

Defendant filed its Motion to Dismiss Plaintiff's Complaint in its entirety on June 14, 2023 (Dkt. 11). On July 12, 2023, Plaintiff filed their Motion for Leave to File First Amended Complaint and Suspend Briefing on Defendant's Motion to Dismiss (Dkt. 13). Plaintiff's Motion was granted on July 13, 2023 (Dkt. 14). The deadline for Plaintiff to file their amended complaint is July 26, 2023.

## II. Pending Motions and Case Plan

    A.    **Pending Motions**. At this time there are no pending motions.

    B.    **Discovery Plan**. The parties propose to hold off on submitting a discovery plan until there is an operative complaint and response thereto.

    C.    **E-Discovery**. The parties do not anticipate extensive electronic discovery and do not anticipate any issues concerning the discovery and/or disclosure of electronically stored information ("ESI").

      **D.**      **Jury Trial**. Plaintiff has demanded a jury trial and expects trial to last no more than 3-5 days.

### III. Consent to Proceed Before a Magistrate Judge

      **A.**      The parties do not consent to proceed before a Magistrate Judge at this time.

### IV. Status of Settlement Discussions

      **A.**      Initial settlement discussions have taken place.

      **B.**      The parties do not request a settlement conference before the Magistrate Judge at this time.

Dated: July 20, 2023

Respectfully submitted,

By: /s/ Alexander Taylor
Alexander Taylor, Esq
Sulaiman Law Group LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

By: /s/ Alexis M. Dominguez
Jason C. Kim
Alexis M. Dominguez
Kathleen Okon
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street Suite 1700
Chicago, IL 60602-3801
(312) 269-8000
jkim@nge.com
adominguez@nge.com
kokon@nge.com
*Attorneys for Defendant*

8693144v1