# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIERRA PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CARL BUDDIG & COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-02895<br><br>The Honorable Thomas M. Durkin |

## DEFENDANT'S PARTIAL MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, Defendant Carl Buddig & Company ("Carl Buddig") respectfully moves this Court for an Order dismissing with prejudice Counts I and III of Plaintiff Tierra Perkins' ("Plaintiff") First Amended Complaint [Dkt. 16]. As explained below, Plaintiff's pregnancy harassment claim (Count I) is outside the scope of her Charge of Discrimination and thus barred due to Plaintiff's failure to exhaust administrative remedies. Moreover, Plaintiff's pregnancy discrimination claim (Count I) is duplicative of Plaintiff's sex discrimination claim (Count II) and thus should be dismissed. Finally, Plaintiff's retaliation claim (Count III) fails to allege the requisite factual allegations to state a viable claim and should be dismissed. In support of this Motion, Carl Buddig files herewith a Memorandum of Law and proposed Agreed Briefing Schedule.

Respectfully submitted,

**CARL BUDDIG & COMPANY**

By:   */s/ Jason C. Kim*
             One of Its Attorneys

Jason C. Kim
*jkim@nge.com*
Alexis M. Dominguez
*adominguez@nge.com*
Kathleen Okon
*kokon@nge.com*
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
(312) 269-8000

Dated: August 3, 2023

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 3, 2023, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Alexis M. Dominguez*
Alexis M. Dominguez