# Exhibit A

EEOC Received CDO 1/20/2023

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 440-2023-03124

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx) | Home Phone | Date of Birth |
|---|---|---|
| Ms. Tierra Perkins | | |

Street Address / City, State and ZIP Code / Email Address

Street Address: c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name | No. Employees | Phone No. |
|---|---|---|
| Carl Buddig & Company | 15+ | 708-798-0900 |

Street Address: 50 W. Taft Drive, South Holland, IL 60473  Email: Unknown

DISCRIMINATION BASED ON: ☒ SEX, ☒ RETALIATION, ☒ OTHER: **Pregnancy**

DATE(S) DISCRIMINATION TOOK PLACE: Earliest December, 2022 — Latest December, 2022

THE PARTICULARS ARE:

I, Tierra Perkins, was hired at Carl Buddig & Company, as a Line Packer, on or around September 12, 2022, until I was unlawfully terminated on or around December 2, 2022, on the basis of my sex, female and pregnancy.

The following is a non-exhaustive list of the sex and pregnancy discrimination and retaliation I was subjected to:

From the onset of my employment, the Employer was well aware of my pregnancy with no restrictions.

On or around December 1, 2022, I became ill at work due to my pregnancy and requested to leave for the day. The very next day when I returned to work on December 2, 2022, I was called into the office by my Supervisor and was terminated for purportedly "exceeding points." The Employer advised me that the point limit was 4 points. However, I did not exceed the maxmimum points allowed and had not received any previous disciplinary actions that would render my termination. The Employer's reason for my termination was pre-text for sex and pregnancy discrimination and retaliation for seeking reasonable accommodations of a day off for my pregnancy related illness.

Following my unlawful termination, a security guard escorted me out of the building. I advised the Employer that I would need to charge my phone to call someone for transportation. The Employer refused to allow me to charge my phone, leaving me outside, pregnant and ill, in the harsh weather conditions. Despite me reasonably requesting he Employer to allow me to charge my phone for transportation, the Employer instead called the police

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01 / 20 / 2023
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: a729dd94c36257e8778cf56276f91700899eb784