Exhibit A

**Dominguez, Alexis M.**

| | |
|---|---|
| **From:** | Alexander Taylor <ataylor@sulaimanlaw.com> |
| **Sent:** | Thursday, July 20, 2023 4:18 PM |
| **To:** | Dominguez, Alexis M. |
| **Cc:** | Okon, Kathleen; Ashley Feeny |
| **Subject:** | RE: Perkins v. Carl Buddig (23-cv-2895) - DUE TODAY |

**CAUTION EXTERNAL EMAIL**

---

The changes are fine, we will get it on file. I should have a revised demand over to you tomorrow.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:  (331) 272-1942
Phone:  (630) 575-8181 ext. 180
Fax :     (630) 575-8188
**Website:  www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com

 

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not

offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Thursday, July 20, 2023 4:10 PM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - DUE TODAY

Alex,

My edits to the joint status report are reflected in the attached in tracked changes. Given that we do not have an operative complaint, I have streamlined the joint report a bit, including as to the proposed discovery schedule. If there are no edits, please feel free to file.

Also, when we last spoke, you indicated that you would be providing a revised demand. Please let me know when I can expect to receive that.

Thanks,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Sent:** Thursday, July 20, 2023 3:09 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - DUE TODAY

**CAUTION EXTERNAL EMAIL**

Good Afternoon Alex,

It looks like we have a joint status report due today in this matter. I've attached for your review. Please make any edits in redline and we will get on file.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:  (331) 272-1942
Phone:  (630) 575-8181 ext. 180
Fax :    (630) 575-8188
**Website:  www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com




DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Wednesday, July 12, 2023 2:57 PM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>

**Cc:** Okon, Kathleen <kokon@nge.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

Alex,

Thanks for the call this morning. We have no objection to the motion for leave to amend.

Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Sent:** Tuesday, July 11, 2023 7:33 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Cc:** Okon, Kathleen <kokon@nge.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

**CAUTION EXTERNAL EMAIL**

---

Hello Alex,

We intend on filing a motion seeking leave to amend tomorrow. Let me know if you intend to oppose the motion or if I can mark it unopposed.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:  (331) 272-1942
Phone:  (630) 575-8181 ext. 180
Fax :    (630) 575-8188

4

Website: **www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com

 

DEDICATION | INNOVATION | COMPASSION | EXCELLENCE

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Alexander Taylor
**Sent:** Tuesday, June 13, 2023 4:49 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Cc:** Okon, Kathleen <kokon@nge.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

You have my permission, thanks.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:   (331) 272-1942
Phone:   (630) 575-8181 ext. 180
Fax :     (630) 575-8188

Website: **www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, June 13, 2023 4:48 PM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

Alexander: Please let us know if we have your permission to affix your e-signature on the attached. Thanks.

Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Sent:** Tuesday, June 13, 2023 2:27 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Subject:** RE: Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

**CAUTION EXTERNAL EMAIL**

Hi Alex,

That schedule works for me.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:  (331) 272-1942
Phone:  (630) 575-8181 ext. 180
Fax :     (630) 575-8188
**Website:  www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, June 13, 2023 1:35 PM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Subject:** Perkins v. Carl Buddig (23-cv-2895) - Briefing Schedule on Motion to Dismiss

Alexander,

As you know, our firm represents Carl Buddig with respect to this matter. We are preparing to file a motion to dismiss the complaint. Pursuant to Judge Durkin's standing orders, the parties are to confer regarding the entry of an agreed briefing schedule on the motion. Please let me know if you are agreeable to a standard 28 day response (i.e., by July 12) and 14 day reply (i.e., by July 26) briefing schedule. If so, we will prepare an agreed briefing schedule for submission to the Court. If those dates do not work, please let me know what you propose.

Thanks,
Alex


**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.