# Exhibit B

**Dominguez, Alexis M.**

| | |
|---|---|
| **From:** | Mohammed Badwan <mbadwan@sulaimanlaw.com> |
| **Sent:** | Friday, October 6, 2023 8:44 AM |
| **To:** | Dominguez, Alexis M.; Alexander Taylor |
| **Cc:** | Okon, Kathleen; PhoenixParalegals; Kim, Jason C.; Ashley Feeny |
| **Subject:** | RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests |

**CAUTION EXTERNAL EMAIL**

---

Thanks for your position Alexis. We will file a motion to compel as we respectfully disagree with your position.

Have a good weekend.

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:  AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, October 3, 2023 9:44 PM

**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>; Alexander Taylor <ataylor@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Mohammed,

Our position is set out in detail in the pending motion to stay discovery. Without restating that position here, the stay of discovery is warranted given that it is unclear which of Plaintiff's claims will be proceeding and the scope of discovery unquestionably will be impacted by the Court's ruling on the pending motion to dismiss. While I can appreciate your desire to move forward with the case, I do not think further motion practice is warranted given that the motion to stay is pending before the Court and ripe for ruling. We will have our answer as to when/whether discovery should proceed in due course.

Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Friday, September 22, 2023 6:17 AM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

**CAUTION EXTERNAL EMAIL**

---

Good Morning Alex,

Thanks for providing your position. Without an order staying discovery, the time limits prescribed by the Fed. R. Civ. P. will apply. Simply put, you have not obtained the relief you sought yet you are operating as if the relief was granted. We both know that's not how things work. Your client has no valid basis for not responding to discovery. We will be seeking relief from the Court if discovery responses are not submitted by October 3, 2023.

Notably, the MTD is a *partial* MTD. Accordingly, this case is proceeding regardless of the Court's ruling on the motion to stay.

Have a good weekend.

Regards,

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:  AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, September 19, 2023 9:38 AM
**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>; Alexander Taylor <ataylor@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

> This message's attachments contains at least one web link. This is often used for phishing attempts. Please only interact with this attachment if you know its source and that the content is safe. If in doubt, confirm the legitimacy with the sender by phone.

Mohammed,

I must respectfully disagree with your mischaracterization of the parties' communications to date.  As we've previously explained, proceeding with a Rule 26(f) conference and written discovery at this time is premature given that the pending motion to dismiss is likely to impact the scope of permissible discovery.  Indeed, Plaintiff's response to the motion to dismiss only underscores this concern as Ms. Perkins now intends to abandon her pregnancy discrimination/harassment claims.

Additionally, as you will recall Carl Buddig filed a motion to stay discovery [Dkt. 20] on August 3, 2023. In advance of filing that motion, the parties conferred regarding an agreed briefing schedule (see attached). The Court later entered an Order [Dkt. 21] reflecting that agreed upon briefing schedule. However, Ms. Perkins failed to respond to the motion to stay by the Court ordered deadline (August 31, 2023), thereby waiving her opposition to the motion to stay.

Given the foregoing, we continue to believe that proceeding with discovery at this time is not appropriate and intend to wait for the Court's ruling on the motion to stay before proceeding with scheduling a Rule 26(f) conference.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP




**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Tuesday, September 19, 2023 5:37 AM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>; Dominguez, Alexis M. <adominguez@nge.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

# CAUTION EXTERNAL EMAIL

Counselors,

With all due respect, enough is enough. We have repeatedly requested a Rule 26(f), which in reality was already held as the parties already filed a Joint Status Report. We agreed to deem the discovery responses due 30 days from the date of the new Rule 26(f) requested by you as a matter of courtesy. Our courtesy was met with a lack of professionalism and non-responsiveness. We will be filing a motion to compel the discovery responses if they are not submitted by October 3, 2023. This date is non-negotiable and we are happy to bring this issue to the Court's attention should you fail to comply by the deadline set forth herein.

Have a good day.

Regards,

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website: AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Sent:** Tuesday, September 12, 2023 4:22 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Hi Alexis,

We still need to hold the Rule 26(f) conference on this ASAP. Please provide your availability this week.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct: (331) 272-1942
Phone: (630) 575-8181 ext. 180

Fax : (630) 575-8188
Website: www.AtlasConsumerLaw.com
Email: ataylor@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(ies) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Thursday, August 3, 2023 2:11 PM
**To:** Alexander Taylor <ataylor@sulaimanlaw.com>; Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Thanks. We'll affix your signature to the proposed briefing schedule.

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP




**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Alexander Taylor <ataylor@sulaimanlaw.com>
**Sent:** Wednesday, August 2, 2023 3:05 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

**CAUTION EXTERNAL EMAIL**

28/14 is fine by us.

Kind Regards,

Alexander J. Taylor
Attorney at Law
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S Highland Avenue, Suite 200
Lombard, IL 60148

Direct:   (331) 272-1942
Phone:   (630) 575-8181 ext. 180
Fax :       (630) 575-8188
**Website:   www.AtlasConsumerLaw.com**
Email: ataylor@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, August 1, 2023 9:02 PM
**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Understood. Do you want a similar 28/14 briefing schedule? We'll need to propose one given that the motion is opposed.

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP




**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Tuesday, August 1, 2023 5:44 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

**CAUTION EXTERNAL EMAIL**

Hi Alexis,

We oppose the motion to stay discovery as it is highly unlikely that the Court will dismiss all the claims. The show must go on. Please notate our objection in the motion.

Regards,


Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
Website:  **AtlasConsumerLaw.com**
Email: **mbadwan@sulaimanlaw.com**

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Tuesday, August 1, 2023 10:35 AM
**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Mohammed,

As previously indicated, we will be filing a motion to dismiss the amended complaint later this week.  We also intend to file a motion to stay discovery pending the Court's ruling on the motion to dismiss.  Staying discovery will conserve resources for both parties and avoid unnecessary discovery disputes as to what issues may or may not be relevant/discoverable, given that it is not yet clear which (if any) of Plaintiff's claims will be allowed to proceed.  Please let us know if you are opposed to such motion.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns:* he/him/his
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Thursday, July 27, 2023 6:05 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

## CAUTION EXTERNAL EMAIL

---

Hi Alexis,

We will calculate the response deadline 30 days from the Rule 26f. On that note, the conference needs to me completed ASAP (overdue per the federal rules). Please advise on your availability tomorrow or Monday. As you know, these conferences take less than 15 minutes. There is no reason why we can't complete by Monday.

Have a good evening.

Regards,


Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:  AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Wednesday, July 26, 2023 6:55 PM
**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** Re: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

No conference was held. Your colleague sent over a proposed joint status report at 3pm the day it was due—as reflected in the status report and the Court's last order discovery deadlines have yet to be discussed. We will let you know regarding our availability for a Rule 26f conference. Please confirm that Plaintiff's discovery will be stayed in the interim.

Alex

Get Outlook for iOS

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Wednesday, July 26, 2023 6:19:45 PM

**To:** Dominguez, Alexis M. <adominguez@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

# CAUTION EXTERNAL EMAIL

Wait a second. How was a JSR filed without a Rule 26(f) conference? I am perplexed with your contention that a conference has yet to be held.

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:** **AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.
**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Mohammed Badwan
**Sent:** Wednesday, July 26, 2023 6:18 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Thanks for the quick response. Please advise on your availability for a Rule 26f conference.

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:  AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.
**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Wednesday, July 26, 2023 6:15 PM
**To:** Mohammed Badwan <mbadwan@sulaimanlaw.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** Re: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Mohammed: The Rules require that the parties conduct a Rule 26f conference before issuing discovery. No conference has occurred. The discovery is premature.

Alex

Get Outlook for iOS

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Sent:** Wednesday, July 26, 2023 6:12:23 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>; Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

**CAUTION EXTERNAL EMAIL**

Hi Alexis,

Rule 26(d) permits discovery at this stage of the case. What am I missing? Your intention to file motion to dismiss does not stay discovery. You will need relief from the court. As you know, courts encourage discovery to be issued as soon as practically possible.

Regards,

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website:** AtlasConsumerLaw.com
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.
**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Dominguez, Alexis M. <adominguez@nge.com>
**Sent:** Wednesday, July 26, 2023 5:29 PM
**To:** Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Please disregard the reference to Curaleaf in my prior email.  The email pertained solely to the Defendant in this matter: Carl Buddig.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Dominguez, Alexis M.
**Sent:** Wednesday, July 26, 2023 5:24 PM
**To:** Ashley Feeny <afeeny@sulaimanlaw.com>
**Cc:** Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>; Kim, Jason C. <JKim@nge.com>
**Subject:** RE: Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

Ashley,

We object to the issuance of written discovery at this time.  Carl Buddig has yet to even respond to the amended complaint and, as I indicated in my email last week, intends to file a motion to dismiss.  The issuance of discovery at this time flies in the face of the Federal Rules of Civil Procedure concerning the timing of discovery, and is contrary to the Judge's Order dated July 21, requiring the parties to submit an agreed proposed discovery schedule **after** Curaleaf files its response to the amended complaint [Dkt. 17].  Accordingly, Plaintiff's issuance of discovery at this time is premature and inappropriate.

Please confirm that Plaintiff agrees to withdraw her written discovery requests, lest Carl Buddig need to move for a protective order and seek its expenses in filing the same.

Alex

**Alexis M. Dominguez**

Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Ashley Feeny <afeeny@sulaimanlaw.com>
**Sent:** Wednesday, July 26, 2023 4:05 PM
**To:** Kim, Jason C. <JKim@nge.com>
**Cc:** Dominguez, Alexis M. <adominguez@nge.com>; Okon, Kathleen <kokon@nge.com>; Alexander Taylor <ataylor@sulaimanlaw.com>; Nathan Volheim <nvolheim@sulaimanlaw.com>; PhoenixParalegals <PhoenixParalegals@sulaimanlaw.com>
**Subject:** Tierra Perkins v. Carl Buddig & Company: Service of Court Documents - Plaintiff's First Discovery Requests

**CAUTION EXTERNAL EMAIL**

| Court: | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
|---|---|
| **Case Number:** | 1:23-cv-02895 |
| **Plaintiff:** | Tierra Perkins. |
| **Defendant:** | Carl Buddig & Company |
| **Documents Served:** | 1. **Plaintiff's First Request for Production to the Defendant.**<br>2. **Plaintiff's First Interrogatories to the Defendant.**<br>3. **Plaintiff's Request for Admissions.**<br>4. **Plaintiff's Rule 26(a)(1) Disclosures** |
| **Attorney:** | **Alexander Taylor Esq.** |

**We will assume that electronic service is sufficient unless told otherwise.**

*Ashley Feeny*
Litigation Paralegal – Team Phoenix
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 Highland Avenue, Suite 200
Lombard, IL 60148
Main (630) 575 - 8181 x 190

**Website: www.AtlasConsumerLaw.com**
Email: afeeny@sulaimanlaw.com


