# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIERRA PERKINS,<br><br>       Plaintiff,<br><br>     v.<br><br>CARL BUDDIG & COMPANY,<br><br>       Defendant. | Case No. 1:23-cv-02895<br><br>The Honorable Thomas M. Durkin |

## DEFENDANT'S MOTION TO STAY DISCOVERY

Defendant Carl Buddig & Company ("Carl Buddig"), by and through its undersigned counsel, respectfully moves this Court for the entry of an Order staying discovery pending the Court's ruling on Carl Buddig's concurrently filed Partial Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). In support of this Motion, Carl Buddig concurrently has filed a proposed Agreed Briefing Schedule as an exhibit to the Motion and states as follows:

    1.    On July 20, 2023, Plaintiff filed her First Amended Complaint (the "Complaint") [Dkt. 16] against Carl Buddig, her former employer, alleging that Carl Buddig discriminated and retaliated against her in violation of the Pregnancy Discrimination Act of 1978 and Title VII of the Civil Rights Act of 1964.

    2.    On July 21, 2023, the Court entered an Order requiring the parties to submit an agreed proposed discovery schedule two weeks after Carl Buddig files its response to the Complaint [Dkt. 17].

    3.    On July 26, 2023, prior to the parties' holding a Rule 26(f) conference, Plaintiff served on Carl Buddig her First Set of Requests for Production of Documents, First Set of

Interrogatories, First Set of Requests for Admission and Rule 26(a) Disclosures. Carl Buddig has not yet propounded any written discovery.

4. Concurrently with this Motion, Carl Buddig is filing a Partial Motion to Dismiss Plaintiff's First Amended Complaint, which seeks to dismiss with prejudice Counts I and III under Federal Rules of Civil Procedure 12(b)(6) and 12(c). Accordingly, the pending Motion has the potential to dispose of two (2) of the three (3) claims in the Complaint.

5. In light of the pending Motion, Carl Buddig respectfully requests that this Court enter an Order staying all discovery in this case until fourteen (14) days following the Court's ruling on the Motion.

6. Should this Court grant the Motion, the issues for discovery will be significantly narrowed. A stay would allow the Parties to avoid incurring substantial costs associated with discovery when such discovery may be rendered moot if the Court grants the Motion. A stay of discovery also will conserve judicial resources insofar as the Court may otherwise be required to address any discovery disputes that may arise before a ruling on the Motion is issued.

7. The Seventh Circuit has stayed discovery in cases where, as here, a defendant's dispositive motion addresses the legal sufficiency of the plaintiff's claims on which discovery is sought. *DSM Desotech, Inc. v. 3D Sys. Corp.*, 08 CV 1531, 2008 WL 4812440, at *3 (N.D. Ill. Oct. 28, 2008). Stays under these circumstances not only promote the "just, speedy and inexpensive determination of every action," *Sprague v. Brook*, 149 F.R.D. 575, 578 (N.D. lll. 1993), but also "avoid the costs of discovery related to legally deficient claims," *Triad Assocs., Inc. v. Chicago Hous. Auth.*, 87 C 5096, 1991 WL 140141, at *1 (N.D. Ill. July 24, 1991).

-3-

8. On August 1, 2023, counsel for Carl Buddig consulted with counsel for Plaintiff about whether Plaintiff would agree to hold discovery in abeyance until the Court rules on Carl Buddig's Motion. Plaintiff did not agree to stay discovery.

9. This is Carl Buddig's first request to stay discovery. The requested stay is not for purposes of delay or other improper purpose and will not prejudice these proceedings.

WHEREFORE, for the reasons set forth above, Defendant Carl Buddig & Company respectfully requests that the Court grant its Motion to Stay Discovery and enter an Order: (1) staying discovery, and (2) extending the deadline for the parties to submit an agreed proposed discovery schedule, until fourteen (14) days after the Court rules on its Partial Motion to Dismiss Plaintiff's First Amended Complaint.

Respectfully submitted,

**CARL BUDDIG & COMPANY**

By: */s/ Jason C. Kim*
      One of Its Attorneys

Jason C. Kim (*jkim@nge.com*)
Alexis M. Dominguez (*adominguez@nge.com*)
Kathleen Okon (*kokon@nge.com*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
(312) 269-8000

Dated: August 3, 2023

-4-

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 3, 2023, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Alexis M. Dominguez*
Alexis M. Dominguez